**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| Linda Carucci,<br><br>                  Plaintiff,<br>v.<br><br>Enhanced Recovery Company, LLC; and DOES 1-10, inclusive,<br><br>                  Defendants. | Civil Action No.:  3:17-cv-00426-BJD-JBT |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 19, 2017

                                                            Respectfully submitted,

                                                            By   /s/ Stan Maslona
                                                            Stan Maslona, Esq.
                                                            Florida Bar No. 86128
                                                            LEMBERG LAW, L.L.C.
                                                            43 Danbury Road, 3rd Floor
                                                           Wilton, CT 06897
                                                           Telephone: (203) 653-2250
                                                          Facsimile:  (203) 653-3424
                                                          ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 19, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By /s/ Stan Maslona
              Stan Maslona, Esq.