UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LINDA CARUCCI,**

      **Plaintiff,**

**v.**                                                              Case No. 3:17-cv-426-J-39JBT

**ENCHANCED RECOVERY COMPANY,
LLC. and DOES 1-10, INCLUSIVE,**

      **Defendants.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No.16; Stipulation) filed on August 16, 2017. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1.    This case is **DISMISSED with prejudice.**

2.    Each party shall bear its own costs and fees.

3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of August, 2017.

                                                                                  BRIAN J. DAVIS
                                                                                  United States District Judge

-2-

cs

Copies to:

Counsel of Record